**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Ronald Kelly YOUNG, Defendant–Appellant.**

No. 06–12732
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Nov. 6, 2006.

Kathleen M. Williams, Miami, FL, Robert N. Berube, Federal Public Defender, Robin J. Farnsworth, Fort Lauderdale, FL, for Defendant–Appellant.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before ANDERSON, BLACK and BARKETT, Circuit Judges.

PER CURIAM:

Robin J. Farnsworth, appointed counsel for Ronald Kelly Young in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Young's conviction and sentence are **AFFIRMED.**